WILLIAM C. STOW, Respondent, *v.* L. MIDDLEDITCH COMPANY, Appellant.

Submitted April 19, 1943; decided May 20, 1943.

*Walter H. Bond* for motion.

*Maurice B. Gladstone* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the court is without power to grant it (Civ. Prac. Act, § 589, subd. 1-b) and that the applicant has failed to comply with rule 21 of the Rules of the Court of Appeals.